IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROTHA SUE PHILLIPS                                                                          PLAINTIFF

V.                                        NO. 4:08CV03591 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 18th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE